

Gregory E. Ostfeld
Tel 312.456.8400
Fax 312.456.8435
OstfeldG@gtlaw.com

September 28, 2016

**VIA ELECTRONIC MAIL**
**VIA CM/ECF**

Hon. Hildy Bowbeer
United States Magistrate Judge
District of Minnesota
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:  *Johnson v. Bobcat Company*, Case No. 0:15-cv-02097-JRT-HB:
     Joint Letter Regarding Status of Settlement Negotiations

Dear Judge Bowbeer:

The parties have made great progress in their settlement negotiations and have achieved a settlement in principle on each of the key issues. The parties are working on written settlement agreements and hope to finalize a settlement in the near future.

The parties request a further 45 day postponement of all deadlines associated with this case so that the parties might finalize the settlement agreements and enter a stipulation of dismissal.

Thank you for your assistance with this matter. Please contact us with any questions.

                                        Very truly yours,

                                        /s/ *Gregory E. Ostfeld*

                                        Gregory E. Ostfeld

                                        *Attorney for Defendant*

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN»
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME»
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO'
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬OPERATES AS GREENBERG
  TRAURIG GERMANY, LLP
»OPERATES AS
  GREENBERG TRAURIG MAHER LLP
¡OPERATES AS
  GREENBERG TRAURIG, S.C.
+STRATEGIC ALLIANCE
∞OPERATES AS
  GREENBERG TRAURIG LLP
  FOREIGN LEGAL CONSULTANT OFFICE
^A BRANCH OF
  GREENBERG TRAURIG, P.A.,
  FLORIDA, USA
'OPERATES AS
  GT TOKYO HORITSU JIMUSHO
~OPERATES AS GREENBERG
  TRAURIG GRZESIAK SPK

Hon. Hildy Bowbeer
September 28, 2016
Page 2

Joined by: /s/ *Robert K. Shelquist*
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
rkshelquist@locklaw.com

*Attorney for Plaintiff*

cc (via e-mail):   Robert K. Shelquist
Rebecca A. Peterson
Edward A. Wallace
Amy E. Keller
Tyler J. Story
Patrick R. Burns,
Paul J. Ferak
Brian D. Straw,
Benjamin W. Hulse