## UNITED STATES DISTRICT COURT
### District of Minnesota

Robert Johnson

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.  Case Number: 15-cv-2097 JRT/HB

Bobcat Company

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned matter may be, and hereby is, dismissed on its merits and with prejudice and without the award of costs and disbursements to any party.

Date: 2/13/2017

RICHARD D. SLETTEN, CLERK

s/Katie Thompson
(By)   Katie Thompson, Deputy Clerk